UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

Penguin Group (USA) Inc.,

                Plaintiff,

-against-

Thomas Steinbeck and Blake Smyle,

                Defendants.

------------------------------------ x

06 CV 2438

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 19 JAN 2010

GEORGE B. DANIELS, District Judge:

The Estate of Elaine Steinbeck's motion (# 40) to intervene is denied.

Dated: January 15, 2010
      New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge